**United States District Court**
**Northern District of New York**

| | | |
|---|---|---|
| Casey Marie Pople, | ) | Case 5:20-cv-01182-BKS-CFH |
| *Plaintiff*, | ) | |
| | ) | |
| vs. | ) | Brenda K. Sannes |
| | ) | United States District Judge |
| Kilolo Kijakazi,[1] | ) | |
| Acting Commissioner of the Social | ) | Christian F. Hummel |
| Security Administration | ) | United States Magistrate Judge |
| *Defendant*. | ) | |

**Parties' Stipulation for Remand**

The parties stipulate that the Acting Commissioner's final decision be reversed and that this action be remanded for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). On remand, the Appeals Council will instruct the ALJ to offer plaintiff the opportunity for a hearing, take further action to complete the administrative record and issue a new decision.

The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

---

[1] Kilolo Kijakazi recently became the Acting Commissioner of Social Security and should be substituted as Defendant under Fed. R. Civ. P. 25(d).

Respectfully Submitted,

| | |
|---|---|
| Kilolo Kijakazi, | Casey Marie Pople, |
| By Her Attorneys | By Her Attorney |

Antoinette T. Bacon,
Acting United States Attorney

| | |
|---|---|
| */s/ Luis Pere* | */s/ Howard D. Olinsky*[2] |
| Luis Pere | Howard D. Olinsky |
| Special Assistant United States Attorney | Olinsky Law Group |
| N.D.N.Y. Bar Roll No. 701031 | 250 South Clinton Street, Suite 210 |
| Social Security Administration, OGC | Syracuse, NY 13202 |
| J.F.K. Federal Building, Room 625 | (315) 701-5780 |
| Boston, MA 02203 | holinsky@windisability.com |
| (877) 405-4870 | |
| Luis.pere@ssa.gov | |

---

[2] Signed by Luis Pere with Howard Olinsky's permission.

## United States District Court
## Northern District of New York

| | | |
|---|---|---|
| Casey Marie Pople, | ) | Case 5:20-cv-01182-BKS-CFH |
|     *Plaintiff*, | ) | |
| | ) | |
| vs. | ) | Brenda K. Sannes |
| | ) | United States District Judge |
| Kilolo Kijakazi,[1] | ) | |
| Acting Commissioner of the Social | ) | Christian F. Hummel |
| Security Administration | ) | United States Magistrate Judge |
|     *Defendant*. | ) | |

### Order

This matter is before the Court on the parties' stipulation to remand of this case for further administrative proceedings, pursuant to the fourth sentence of 42 U.S.C. § 405(g).

It is hereby ORDERED that this case should be remanded for further administrative proceedings under 42 U.S.C. § 405(g).

Dated:  September 3, 2021        *Brenda K Sannes*
                                                         Brenda K. Sannes
                                                         United States District Judge

---

[1] Kilolo Kijakazi recently became the Acting Commissioner of Social Security and should be substituted as Defendant under Fed. R. Civ. P. 25(d).